**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GONZALEZ VERDUZCO | No. C 14-1992 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| C/O MARIN; C/O RIOS, | |
| Defendants. | |

Plaintiff, an inmate at the Salinas Valley State Prison, filed this civil rights action under 42 U.S.C. § 1983, complaining about events and omissions that occurred in September 2008 at the state prison in Corcoran, California. Corcoran is located in Kings County, and Kings County is within the venue of the Eastern District of California. The defendants worked at that prison and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: September 2, 2014

_____
SUSAN ILLSTON
United States District Judge